1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California   94611
3  Telephone: 510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Caezarine DONELSON
5

6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 12-0057 EMC
12                                  )
                                    )
13           Plaintiff,              )   **STIPULATION AND P~~ROP~~OSED**
                                    )   **ORDER CONTINUING STATUS**
14                                  )   **HEARING DATE**
             vs.                    )
15                                  )
                                    )
16  CAEZARINE DONELSON,             )
                                    )
17           Defendant.              )

18

19                              **STIPULATION**
    The parties stipulate as follows:
20
    1.   Mr. Donelson recently received discovery materials numbering over 800 pages. While
21
         both counsel and Mr. Donelson have reviewed the discovery independently, a joint
22
         meeting to review and discuss that discovery will occur later this week. It would be the
23
         defense request to continue the Status Hearing in this matter to a date after April 11, 2012
24
    2.   Counsel for the Government has no objection to this matter being continued until May 9,
25
         2012 at 2:30 p.m.
26

27

28

3. The parties further stipulate and agree that the time between April 4, 2012 and May 9, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: April 3, 2012

*-S-*
_____
DEREK OWENS
Assistant United States Attorney

DATED: April 3, 2012

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAEZARINE DONELSON, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Status Hearing scheduled for April 4, 2012 be vacated and rescheduled for May 9, 2012, at 2:30 p.m. Time shall be excluded from April 4 2012 through May 9, 2012 to facilitate the effective preparation of counsel.

DATED: 4/4/12

_____
Hon. E.
United

*IT IS SO ORDERED*
Judge Edward M. Chen

- 3 -