1 JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
2 6114 LaSalle Avenue, Ste 289
Oakland, California   94611
3 Telephone:  510-583-9622
Facsimile: 510-886-7218
4
Attorney for Caezarine DONELSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER CONTINUING STATUS** |
| ) | **HEARING DATE** |
| vs. ) | |
| ) | |
| CAEZARINE DONELSON, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

The parties stipulate as follows:

1. Mr. Donelson recently received discovery materials numbering over 800 pages. There also is a video recording which neither Mr. Donelson nor counsel have viewed to date. It would be the defense request to continue the Status Hearing in this matter to a future date to allow for the viewing.

2. Counsel for the Government has no objection to this matter being continued until June 20, 2012 at 2:30 p.m.

3. The parties further stipulate and agree that the time between May 9, 2012 and June 20, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: May 8, 2012

*-S-*
_____
KEVIN BARRY
Assistant United States Attorney

DATED: May 8, 2012

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAEZARINE DONELSON, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Status Hearing scheduled for May 9, 2012 be vacated and rescheduled for June 20, 2012, at 2:30 p.m. Time shall be excluded from May 9, 2012 through June 20, 2012 to facilitate the effective preparation of counsel.

DATED: May 8, 2012

*IT IS SO ORDERED*
Judge Edward M. Chen

-3-