JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile:  510-886-7218

Attorney for Caezarine DONELSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>            Plaintiff,                              )<br>                                                          )<br>                                                          )<br>     vs.                                                )<br>                                                          )<br>                                                          )<br>CAEZARINE DONELSON,             )<br>                                                          )<br>            Defendant.                         ) | NO.: CR 12-0057 EMC<br><br>**STIPULATION AND P~~ROPO~~SED<br>ORDER CONTINUING STATUS<br>HEARING DATE** |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Donelson recently received written discovery materials numbering over 800 pages. In addition to the written discovery, counsel is informed that there are videos and other electronic discovery to be viewed.

2. It would be the defense request to continue the Status Hearing in this matter to a date after July 11, 2012 because, on that date, counsel and Mr. Donelson are hopeful of being able to review that discovery at Government counsel's office.

2. Counsel for the Government has no objection to this matter being continued until July 18, 2012 at 2:30 p.m.

3. The parties further stipulate and agree that the time between July 11, 2012 and July 18, 2012 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: July 10, 2012

*-S-*
_____
KEVIN BARRY
Assistant United States Attorney

DATED: July 10, 2012

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0057 EMC |
| Plaintiff, | |
| vs. | **ORDER** |
| CAEZARINE DONELSON, | |
| Defendant. | |

The Court hereby ORDERS that the Status Hearing scheduled for July 11, 2012 be vacated and rescheduled for July 18 2012, at 2:30 p.m. Time shall be excluded from July 11, 2012 through July 18, 2012 to facilitate the effective preparation of counsel.

DATED: 7/10/12

Hon. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 3 -