1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FILED
AUG 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA,   )   NO.: CR 12-0057 EMC
   CALIFORNIA,   )

7                  )

          Plaintiff,   )   **STIPULATION RE: CONDITIONS**

8                  )   **OF RELEASE**

   vs.                )

9                  )

                  )

10  CAEZARINE KILO DONELSON,   )

                  )

11          Defendant.   )

12

13      The Court hereby ORDERS that the conditions of release set for defendant

CAEZARINE KILO DONELSON be modified to allow him to reside at the residence of

Lora Jackson, 2273 Warfield Drive, Apartment C, San Jose, California 95148. He shall

submit to location (electronic) monitoring and shall only leave for court, legal and

medical appointments, employment, and as otherwise directed by Pretrial Services. He

shall contribute to the cost of electronic monitoring as directed by Pretrial Services.

All other terms and conditions would remain as previously ordered on February 16, 2012.

Dated:
8-8-12

_____
MARIA-ELENA JAMES
United States Magistrate Judge