JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste. 289
Oakland, California  94611
Telephone:  510-583-9622
Facsimile: 510-886-7218
vaughnslaw@aol.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, </br></br>            Plaintiff, </br></br> vs. </br></br> CAEZARINE KILO DONELSON, </br></br>            Defendant. | NO.: CR 12-0057 EMC </br></br> **STIPULATION RE: CONDITIONS OF RELEASE** |

The parties stipulate as follows:

1. Caezarine Kilo Donelson is a defendant in this action and, on February 16, 2012, the Court released Mr. Donelson from federal custody to the San Francisco Halfway House.

2. After a successful period of residing at the Halfway House, the Court allowed Mr. Donelson to live at the home of Lora Jackson, 2273 Warfield Drive, Apartment C, San Jose, California 95148.

4.  Mr. Donelson has been informed that Ms. Jackson is moving to 2662 Hesslebein Way, in San Jose, California 95148.

5.  The parties agree that Mr. Donelson may, with the Court's approval, continue on pretrial release with all existing terms and conditions remaining as previously ordered, except for the change in address from 2273 Warfield Drive, Apartment C, San Jose, California 95148 to 2662 Hesslebein Way, San Jose, California 95148.

6.  U.S. Pretrial Officer Jaime Carranza has no objection to the change in address.

IT IS SO STIPULATED

     -S-
_____
JAMES PHILLIP VAUGHNS
Counsel for Caezarine Kilo Donelson

     -S-
_____
KEVIN BARRY
Assistant United States Attorney

     -S-
_____
JAIME CARRANZA
U.S. Pretrial Services Officer

- 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>CAEZARINE KILO DONELSON, <br><br>　　　　　Defendant. | NO.: CR 12-0057 EMC <br><br> ORDER <br> ~~STIPULATION~~ RE: CONDITIONS OF RELEASE |

　　　The Court hereby ORDERS that the conditions of release set for defendant CAEZARINE KILO DONELSON be modified to allow him to reside at the residence of Lora Jackson, 2662 Hesslebein Way, San Jose, California 95148.

　　　He shall submit to location (electronic) monitoring and shall only leave for court, legal and medical appointments, employment, and as otherwise directed by Pretrial Services. He shall contribute to the cost of electronic monitoring as directed by Pretrial Services.

　　　All other terms and conditions would remain as previously ordered.

IT IS SO ORDERED.

Dated: December 17, 2012　　　_____
　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　United States Magistrate Judge