```
JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile:  510-886-7218
```

Attorney for Caezarine DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>              Plaintiff,               )<br>                                                        )<br>       vs.                                      )<br>                                                        )<br>CAEZARINE DONELSON,       )<br>                                                        )<br>              Defendant.           )<br>_____) | NO.: CR 12-0057 EMC<br><br>**STIPULATION AND P~~ROP~~OSED ORDER CONTINUING CHANGE OF PLEA HEARING DATE** |

**STIPULATION**

The parties stipulate as follows:

1. Mr. Donelson recently received new proposed disposition terms from AUSA Kevin Barry.

2. Mr. Donelson and the Government will also soon receive the Pre-Plea Presentence report and both parties will need some time to digest the report, consider the new plea terms, and seek necessary approvals.

3. AUSA Barry has no objection to this matter being continued to March 20, 2013, at 2:30 p.m.

4. The parties further stipulate and agree that the time between February 27, 2013 and March 20, 2013 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: February 21, 2013

-S-
_____
KEVIN BARRY
Assistant United States Attorney

DATED: February 21, 2013

-S-
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| CAEZARINE DONELSON, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Change of Plea Hearing scheduled for February 27, 2013 be vacated and rescheduled for March 20, 2013, at 2:30 p.m. Time shall be excluded from February 27, 2013 through March 20, 2013 to facilitate the effective preparation of counsel.

DATED: 2/25/13

IT IS SO ORDERED

EDWARD M. CHEN
United States District Judge

- 3 -