1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California   94611
3  Telephone: 510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Caezarine DONELSON
5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,           )    NO.: CR 12-0057 EMC
                                       )
12                                     )
                                       )
13         Plaintiff,                  )    **STIPULATION AND PRO**~~POSED~~
                                       )    **ORDER CONTINUING CHANGE OF**
14                                     )    **PLEA HEARING DATE**
                                       )
15         vs.                         )
                                       )
16                                     )
   CAEZARINE DONELSON,                 )
17                                     )
           Defendant.                  )
18 _____

19
                              **STIPULATION**
20 The parties stipulate as follows:

21 1.   Mr. Donelson recently received new proposed disposition terms from AUSA Kevin

22      Barry.

23 2.   Mr. Donelson and the Government have finally received the Pre-Plea Presentence report

24      and both parties will need some time to digest the report, consider the new plea terms,

25      and seek necessary approvals.

26 3.   AUSA Barry has no objection to this matter being continued to April 17, 2013, at 2:30

27      p.m.

28

Not applicable

4.    The parties further stipulate and agree that the time between April 3, 2013 and April 17, 2013 should be excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) to allow effective preparation of counsel.

IT IS SO STIPULATED

DATED: April 2, 2013

*-S-*
_____
KEVIN BARRY
Assistant United States Attorney

DATED: April 2, 2013

*-S-*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant DONELSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 12-0057 EMC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| CAEZARINE DONELSON, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the Change of Plea Hearing scheduled for April 3, 2013 be vacated and rescheduled for April 17, 2013, at 2:30 p.m. Time shall be excluded from April 3, 2013 through April 17, 2013 to facilitate the effective preparation of counsel.

DATED: 4/3/13

_____
Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen