1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California   94611
3  Telephone:  510-583-9622
   Facsimile:  510-735-8658
4
   Attorney for Caezarine DONELSON
5

6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11
   UNITED STATES OF AMERICA,        )   NO.: CR 12-0057 EMC
12                                  )
                                    )
13         Plaintiff,                )   **STIPULATION AND PROPOSED**
                                    )   **ORDER CONTINUING SENTENCING**
14                                  )   **HEARING DATE**
                                    )
15         vs.                      )
                                    )
16                                  )
   CAEZARINE DONELSON,              )
17                                  )
           Defendant.                )
18  _____)

19
                            **STIPULATION**
20  The parties stipulate as follows:

21  1.   An interview with U.S. Probation Officer Charlie Mabie and Mr. Donelson has not yet

22       occurred.

23  2.   Because of that, a draft Presentence Report ("PSR") has not been prepared and neither the

24       Government, nor the defense is prepared to go forward with sentencing as scheduled.

25  3.   A interview has been scheduled for the following week and should allow for the

26       preparation of a draft PSR in short order.

27

28

1  4.  The parties, therefore jointly request that the Sentencing Hearing in this matter be vacated
2      and re-scheduled for ~~October 30,~~ November 6, 2013. Thus, all parties will have sufficient time to
3      prepare the draft PSR, draft objections if needed, and have a final PSR completed.
4  5.  USPO Charlie Mabie concurs with this request.

6  IT IS SO STIPULATED

8  DATED: August 15, 2013                                  -S-
                                                          _____
9                                                          KEVIN BARRY
                                                           Assistant United States Attorney

11 DATED: August 15, 2013
12                                                         -S-
                                                          _____
13                                                         JAMES PHILLIP VAUGHNS.
                                                           Attorney for Defendant DONELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO.: CR 12-0057 EMC |
| )   Plaintiff,                ) | |
| )   vs.                       ) | **ORDER** |
| )                             ) | |
| CAEZARINE DONELSON,           ) | |
| )   Defendant.                ) | |

The Court hereby ORDERS that the Sentencing Hearing scheduled for August 21, 2013 be vacated and rescheduled for ~~October 30, 2013~~ November 6, 2013, at 2:30 p.m.

DATED: 8/19/13

_____
Hon. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 3 -