UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 12-0057 EMC |
| Plaintiff, | |
| vs. | **ORDER** |
| CAEZARINE DONELSON, | |
| Defendant. | |

The Court hereby ORDERS that the Sentencing Hearing scheduled for November 4, 2013 be vacated and rescheduled for December 18, 2013, at 2:30 p.m.

DATED: 11/05/2013

Hon. EDWARD M. CHEN
United States District Judge

- 3 -